# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THINKVILLAGE-KIWI, LLC

E-filing  SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC

CV 08    4166

JL

TO: (Name and address of defendant)
ADOBE MACROMEDIA SOFTWARE LLC
601 TOWNSEND STREET
SAN FRANCISCO, CALIFORNIA  94103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARTIN L. FINEMAN, DAVIS WRIGHT TREMAINE LLP, 505 MONTGOMERY STREET, STE. 800, SAN FRANCISCO, CA  94111-6533  TEL:  415/276-6500
          and
DAVID J. SHEIKH, NIRO, SCAVONE, HALLER & NIRO, 181 MADISON ST., STE. 4600, CHICAGO, IL 60602  (TEL:  312/236-0733

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                                    DATE _____
CLERK

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE

| Name of SERVER | TITLE |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____      _____
                         Date                                                                  Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.