## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

THINKVILLAGE-KIWI, LLC

**E-filing**                SUMMONS IN A CIVIL CASE

V.                          CASE NUMBER:

ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC



TO: (Name and address of defendant)
ADOBE SYSTEMS, INC.
345 PARK AVENUE
SAN JOSE, CALIFORNIA  95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARTIN L. FINEMAN, DAVIS WRIGHT TREMAINE LLP, 505 MONTGOMERY STREET, STE. 800, SAN FRANCISCO, CA  94111-6533  TEL:  415/276-6500
         and
DAVID J. SHEIKH, NIRO, SCAVONE, HALLER & NIRO, 181 MADISON ST., STE. 4600, CHICAGO, IL 60602  (TEL:  312/236-0733

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                              DATE _____
CLERK
              MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

NDCAO440

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
    Date                                    Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.