IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THINK VILLAGE-KIWI,

        Plaintiff,

  v.

ADOBE SYSTEMS,

        Defendant.

_____/

No. C 08-04166 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 1, 2009 at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 7, 2009.

DESIGNATION OF EXPERTS: 9/25/09; REBUTTAL: 10/16/09.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 6, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009;

      Opp. Due November 30, 2009;  Reply Due December 7, 2009;

       and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 9, 2010 at 3:30 PM.

JURY TRIAL DATE: April 5, 2010 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation during the last 1/2 of March or early April 2009..  By January 16, 2009, counsel shall inform the Court of the mediator selected.
Each party may have 15 depositions and 100 requests for admissions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge