Martin L. Fineman (martinfineman@dwt.com)
(California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax:    (415) 276-6599

David J. Sheikh (sheikh@nshn.com), *pro hac vice*
Gregory P. Casimer (casimer@nshn.com), *pro hac vice*
David J. Mahalek (mahalek@nshn.com), *pro hac vice*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax:    (312) 236-3137
**Attorneys for Plaintiff, ThinkVillage-Kiwi, LLC**

James Pooley (JPooley@mofo.com)
(California State Bar No. 058041)
Jeffrey E. Danley (JDanley@mofo.com)
(California State Bar No. 238316)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Phone: (650) 813-5600
Fax: (650) 494-0792
**Attorneys for Defendants**
*Adobe Systems, Inc. and*
*Adobe Macromedia Software LLC*

IT IS SO ORDERED
Judge Susan Illston

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS, INC, and <br> ADOBE MACROMEDIA <br> SOFTWARE LLC, <br><br> Defendants. | Case No. CV 08-4166 SI <br><br> **STIPULATED MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF** |

In accordance with Local Rule 7-2 and this Court's order of December 18, 2008 (D.E. 34), Plaintiff ThinkVillage-Kiwi, LLC ("TVK") and Defendants Adobe Systems, Inc. and Adobe Macromedia Software LLC (collectively "Adobe") respectfully request miscellaneous administrative relief resetting the Court's deadline for the completion of private mediation. The parties were ordered to participate in private mediation during the last half of March or early April. (D.E. 34.) For this process to be beneficial, the parties have determined that there is a mutual need to exchange information prior to the mediation. However, given this need and scheduling conflicts between the parties, the parties' counsel, and the agreed upon mediator, the parties respectfully request a short extension to the Court's deadline for completion of private mediation. The parties have agreed to conduct private mediation with Martin Quinn at JAMS in San Francisco on May 19, 2009. For the foregoing reasons, the parties respectfully request an extension until May 20, 2009 to complete private mediation.

The parties also respectfully request that the Court accept this motion as notice of the selected mediator, Martin Quinn, as required by the Special Discovery and PreTrial Provisions contained in the Pretrial Preparation Order (D.E. 33).

Respectfully submitted,

| | |
|---|---|
| /s/ David J. Mahalek | /s/ James Pooley |
| Martin L. Fineman (martinfineman@dwt.com)<br>(California State Bar No. 104413)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery St., Suite 800<br>San Francisco, California 94111-6533<br>Phone: (415) 276-6500<br>Fax:    (415) 276-6599<br><br>David J. Sheikh (sheikh@nshn.com)<br>Gregory P. Casimer (casimer@nshn.com)<br>David J. Mahalek (mahalek@nshn.com)<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, Illinois  60602<br>Phone: (312) 236-0733<br>***Attorneys for Plaintiff***<br>***ThinkVillage-Kiwi, LLC*** | James Pooley (JPooley@mofo.com)<br>(California State Bar No. 058041)<br>Jeffrey E. Danley (JDanley@mofo.com)<br>(California State Bar No. 238316)<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Phone: (650) 813-5600<br>Fax: (650) 494-0792<br><br>***Attorneys for Defendants***<br>***Adobe Systems, Inc. and***<br>***Adobe Macromedia Software LLC*** |

2

THINKVILLAGE-KIWI v. ADOBE SYSTEMS, INC.
CV-08-4166  SI
 STIPULATED MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF

## CERTIFICATE OF SERVICE

I, David J. Mahalek of the law firm of NIRO, SCAVONE, HALLER & NIRO, 181 W. Madison Street, Suite 4600, Chicago, Illinois 60602, herby certify that on January 9, 2009, I caused the foregoing **STIPULATED MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF** to be filed with the clerk of the court using the court's CM/ECF system, which will send notification of such filing to the following at their email address on file with the court:

>James Pooley (JPooley@mofo.com)
>Jeffrey E. Danley (JDanley@mofo.com)
>Morrison & Foerster LLP
>755 Page Mill Road
>Palo Alto, California 94304-1018
>Telephone: 650.813.5600
>Facsimile: 650.494.0792
>***Attorneys for Adobe Systems, Inc. and***
>***Adobe Macromedia Software, LLC***

/s/ David J. Mahalek