| | |
|---|---|
| 1 | JAMES POOLEY (CA SBN 058041) |
| | JPooley@mofo.com |
| 2 | JEFFREY E. DANLEY (CA SBN 238316) |
| | JDanley@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | Attorneys for Defendants |
| | ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA |
| 7 | SOFTWARE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THINKVILLAGE-KIWI, LLC, | | Case No. CV 08-4166 SI |
| Plaintiff, | | **STIPULATED MOTION ENLARGING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | | |
| ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC, | | |
| Defendants. | | |

Because of scheduling conflicts on the part of Defendants Adobe Systems, Inc., and Adobe Macromedia Software LLC (collectively "Defendants"), Defendants and plaintiff TVK hereby stipulate, pursuant to Local Rule 6-1(a), to extend time to and including April 27, 2009, for Defendants to file their answers or otherwise respond to Plaintiff's First Amended Complaint.

////

////

Stipulated Motion to Enlarge Time
Case No. CV 08-4166 SI
pa-1331336

1

This change will not alter the date of any event or deadline already fixed by Court order.

 IT IS SO STIPULATED.

Dated: April 20, 2009

|  |  |
|---|---|
|  | MORRISON & FOERSTER LLP |
| By: /s/ Martin L. Fineman<br>Martin L. Fineman<br>(martinfineman@dwt.com)<br>(California State Bar No. 104413)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery St., Suite 800<br>San Francisco, California 94111<br>Phone: (415) 276-6500<br>Fax: (415) 276-6599<br><br>David J. Sheikh (sheikh@nshn.com)<br>Gregory P. Casimer<br>(casimer@nshn.com)<br>David J. Mahalek<br>(mahalek@nshn.com)<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, Illinois 60602<br>Phone: (312) 236-0733<br><br>Attorneys for Plaintiff<br>THINKVILLAGE-KIWI, LLC | By: /s/ James Pooley<br>JAMES POOLEY<br>JEFFREY E. DANLEY<br><br>Attorneys for Defendants<br>ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA SOFTWARE LLC |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Susan Illston
Northern District of California

Stipulated Motion to Enlarge Time
Case No. CV 08-4166 SI
pa-1331336

2

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, James Pooley, am the ECF User whose ID and password are being used to file the |
| 3 | Stipulated Motion Enlarging Time to Respond to First Amended Complaint . In compliance with |
| 4 | General Order 45, X.B., I hereby attest that Martin Fineman and David Sheikh have concurred in |
| 5 | this filing. |
| 6 | Dated: April 20, 2009 |
| 7 | By: /s/ James Pooley<br>James Pooley |

Stipulated Motion to Enlarge Time
Case No. CV 08-4166 SI
pa-1331336

3