Martin L. Fineman (martinfineman@dwt.com)
(California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax:    (415) 276-6599

David J. Sheikh (sheikh@nshn.com), *pro hac vice*
Gregory P. Casimer (casimer@nshn.com), *pro hac vice*
David J. Mahalek (mahalek@nshn.com), *pro hac vice*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax:    (312) 236-3137
***Attorneys for Plaintiff, ThinkVillage-Kiwi, LLC***

James Pooley (JPooley@mofo.com)
(California State Bar No. 058041)
Jeffrey E. Danley (JDanley@mofo.com)
(California State Bar No. 238316)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Phone: (650) 813-5600
Fax: (650) 494-0792
***Attorneys for Defendants***
***Adobe Systems, Inc. and***
***Adobe Macromedia Software LLC***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ADOBE SYSTEMS, INC, and<br>ADOBE MACROMEDIA<br>SOFTWARE LLC,<br><br>　　　　　　　Defendants. | Case No. CV 08-4166 SI<br><br>**STIPULATED MOTION FOR**<br>**MISCELLANEOUS**<br>**ADMINISTRATIVE RELIEF** |

1

1. In accordance with Local Rule 7-2 and this Court's order of December 18, 2008 (D.E. 34), Plaintiff ThinkVillage-Kiwi, LLC ("TVK") and Defendants Adobe Systems, Inc. and Adobe Macromedia Software LLC (collectively "Adobe") respectfully request miscellaneous administrative relief resetting the Case Management Conference currently scheduled for May 1, 2009 to June 5, 2009.

The Court scheduled the Case Management Schedule for May 1, 2009 based on its order of December 18, 2008 directing the parties to participate in a private mediation in the last half of March or early April (D.E. 34). On January 9, 2009, the Court granted the parties stipulated motion for administrative relief extending the deadline to complete the mediation to May 20, 2009 (D.E. 38). The parties have scheduled a private mediation for May 19, 2009.

A purpose of the Case Management Conference was for the parties to report the results of the mediation to the Court. Accordingly, the parties believe that the Case Management Conference should be rescheduled for a date after the May 19, 2009 mediation. The parties are available for a Case Management Conference on June 5, 2009. Accordingly, the parties request that the Case Management Conference be rescheduled for that date.

The case management conference has been continued to 6/5/09 @ 2:30 p.m.



IT IS SO ORDERED
Judge Susan Illston

Respectfully submitted,

/s/ David J. Sheikh
Martin L. Fineman (martinfineman@dwt.com)
(California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax:    (415) 276-6599

David J. Sheikh (sheikh@nshn.com)
Gregory P. Casimer (casimer@nshn.com)
David J. Mahalek (mahalek@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733

*Attorneys for Plaintiff
ThinkVillage-Kiwi, LLC*

/s/ Jeffrey E. Danley
James Pooley (JPooley@mofo.com)
(California State Bar No. 058041)
Jeffrey E. Danley (JDanley@mofo.com)
(California State Bar No. 238316)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Phone: (650) 813-5600
Fax: (650) 494-0792

*Attorneys for Defendants
Adobe Systems, Inc. and
Adobe Macromedia Software LLC*

# CERTIFICATE OF SERVICE

I, David J. Sheikh of the law firm of NIRO, SCAVONE, HALLER & NIRO, 181 W. Madison Street, Suite 4600, Chicago, Illinois 60602, herby certify that on April 17, 2009, I caused the foregoing **STIPULATED MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF** to be filed with the clerk of the court using the court's CM/ECF system, which will send notification of such filing to the following at their email address on file with the court:

> James Pooley (JPooley@mofo.com)
> Jeffrey E. Danley (JDanley@mofo.com)
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, California 94304-1018
> Telephone: 650.813.5600
> Facsimile: 650.494.0792
> ***Attorneys for Adobe Systems, Inc. and***
> ***Adobe Macromedia Software, LLC***

/s/ David J. Sheikh_____