1  MARTIN L. FINEMAN, California State Bar No. 104413
   DAVID WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Phone: (415) 276-6500
   Fax: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  DAVID J. SHEIKH *(Pro Hac Vice)*
   GREGORY P. CASIMER *(Pro Hac Vice)*
6  DAVID J. MAHALEK *(Pro Hac Vice)*
   NIRO, SCAVONE, HALLER & NIRO
7  181 W. Madison St., Suite 4600
   Chicago, Illinois 60602
8  Phone: (312) 236-0733
   Fax: (312) 236-3137
9  E-mail: sheikh@nshn.com
   E-mail: casimer@nshn.com
10 E-mail: mahalek@nshn.com

11 ***Attorneys for Plaintiff***
   ***ThinkVillage-Kiwi, LLC***
12

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 THINKVILLAGE-KIWI, LLC,           ) Case No. CV 08-4166 SI
                                     )
16              Plaintiff,           )
                                     ) **[PROPOSED] ORDER GRANTING**
17         v.                        ) **APPLICATION FOR ADMISSION *PRO***
                                     ) ***HAC VICE* OF JOSEPH A. CULIG**
18 ADOBE SYSTEMS, INC, and           )
   ADOBE MACROMEDIA                  )
19 SOFTWARE LLC,                     )
                                     )
20              Defendants.          )
                                     )
21

22      Joseph A. Culig, an active member in good standing of the bar of the State of Illinois, Bar

23 No. 6296162., whose business address and telephone number are Niro, Scavone, Haller & Niro,

24 181 West Madison Street, Suite 4600, Chicago, Illinois 60602, Phone: (312) 236-0733, E-mail:

25 culig@nshn.com, having applied in the above-entitled action for admission to practice in the

26 Northern District of California on a *pro hac vice* basis representing Plaintiff ThinkVillage-Kiwi,

27 LLC.

28

1

ThinkVillage-Kiwi v. Adobe Systems                                    [Proposed] Order Culig
DWT 12879077v1 0087744-000001

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: May ____, 2009.

_____
The Honorable Susan Illston
United States District Judge