IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK VILLAGE-KIWI,<br><br>           Plaintiff,<br>   v.<br><br>ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA, LLC,<br><br>           Defendants.<br>                                                              / | No. C 08-04166 SI<br><br>**ORDER GRANTING IN PART DEFENDANTS' DISCOVERY REQUEST**<br>**[Docket Nos. 75, 82]** |

Defendants have filed a letter brief concerning a discovery dispute. Defendants seek an order (1) compelling plaintiff to produce a 30(b)(6) witness to testify on the topics in defendants' second notice of deposition and (2) compelling plaintiff to produce Donavan Poulin for a third day of deposition.

The Court finds that defendants have shown good cause for extending their deposition of Mr. Poulin. Accordingly, the Court grants defendants' request for extra time but finds that an additional day is excessive. Defendants may extend the deposition of Mr. Poulin for four hours. As defendants noted, this decision moots their request for plaintiff to produce a 30(b)(6) witness.

Mr. Poulin is not a party to this action. According to plaintiff, he is a citizen and resident of Canada. If Mr. Poulin will not voluntarily appear for this deposition, defendants must take appropriate steps in accordance with the Federal Rules of Civil Procedure to obtain this deposition.

**IT IS SO ORDERED.**

Dated: August 20, 2009

SUSAN ILLSTON
United States District Judge