MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

DAVID J. SHEIKH *(Pro Hac Vice)*
GREGORY P. CASIMER *(Pro Hac Vice)*
DAVID J. MAHALEK *(Pro Hac Vice)*
JOSEPH A. CULIG *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: casimer@nshn.com
E-mail: mahalek@nshn.com

Attorneys for Plaintiff
ThinkVillage-Kiwi LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC, | ) Case No.  CV 08 4166 SI |
| | ) |
| Plaintiff, | ) **THINKVILLAGE-KIWI, LLC'S** |
| | ) **PROPOSED ORDER FOR** |
| v. | ) **MISCELLANEOUS** |
| | ) **ADMINISTRATIVE RELIEF** |
| ADOBE SYSTEMS, INC, and | ) |
| ADOBE MACROMEDIA | ) |
| SOFTWARE LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff ThinkVillage-Kiwi, LLC ("TVK") has moved the Court to extend the discovery

cutoffs and deadlines for non-expert discovery, designation of experts and rebuttal experts, and

expert discovery.  TVK also moved the Court to continue the noticed hearing date of the summary

judgment motion to be filed by the Adobe defendants (collectively "Adobe") from October 9, 2009

to October 23, 2009.  The Court finds that there is good cause to extend these discovery cutoffs and

THINKVILLAGE-KIWI v. ADOBE SYSTEMS, INC.,                                    TVK PROPOSED ORDER
CASE NO. CV 08 4166 SI                                                       MISC. ADMINISTRATIVE RELIEF

1  deadlines to the dates requested by the Plaintiff.  The Court further finds that a continuation of the

2  noticed hearing date is justified.  Accordingly, it is hereby ORDERED as follows:

3
4      1.    NON-EXPERT DISCOVERY CUTOFF is October 19, 2009.

    2.    DESIGNATION OF EXPERTS: November 6, 2009; REBUTTAL:  November 25,
5      2009

6      3.    EXPERT DISCOVERY CUTOFF is December 18, 2009.

7      4.    All other remaining dates and deadlines set forth in this case's Pretrial Preparation
8      Order remain unchanged.

9      5.    The hearing date for Adobe's summary judgment motion is continued from October
10      9, 2009 to October 30, 2009.

11
12  DATED: _____        SO ORDERED: _____

13          SUSAN ILLSTON

14          United States District Judge

15  The case management conference is continued to 10/30/09 @ 3 p.

16  m.

17

2

THINKVILLAGE-KIWI v. ADOBE SYSTEMS, INC.,          TVK PROPOSED ORDER
CASE NO. CV 08 4166 SI          MISC. ADMINISTRATIVE RELIEF