JAMES POOLEY (CA SBN 058041)
JPooley@mofo.com
COLETTE R. VERKUIL (CA SBN 263630)
CVerkuil@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA
SOFTWARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC,<br><br>　　　　　　Defendants. | Case No. C 08-04166 SI<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: October 30, 2009<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

| | |
|---|---|
| 1 | JAMES POOLEY (CA SBN 058041) |
| | JPooley@mofo.com |
| 2 | COLETTE R. VERKUIL (CS SBN 263630) |
| | CVerkuil@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | Attorneys for Defendants |
| | ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA |
| 7 | SOFTWARE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC, | Case No. CV 08-4166 SI |
| Plaintiff, | **MANUAL FILING NOTIFICATION REGARDING DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | |
| ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC, | |
| Defendants. | Date: October 30, 2009 |
| | Time: 9:00 a.m. |
| | Courtroom 10, 19th Floor |
| | The Honorable Susan Illston |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

MANUAL FILING NOTIFICATION RE DEFENDANTS' MTN FOR SUMMARY JUDGMENT;
MEMO OF POINTS AND AUTHORITIES -- Case No. CV 08-4166 SI
pa-1361442

1

1 [_] Physical Object (description):

2 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

3 **[X] Item Under Seal**

4     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

5     [_] Other (description):_____

6 Dated: Steptember 25, 2009          MORRISON & FOERSTER LLP

8                          By: /s/ James Pooley
                               JAMES POOLEY

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND
ADOBE MACROMEDIA
SOFTWARE LLC

MANUAL FILING NOTIFICATION RE DEFENDANTS' MTN FOR SUMMARY JUDGMENT;
MEMO OF POINTS AND AUTHORITIES -- Case No. CV 08-4166 SI
pa-1361442

2