IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK VILLAGE-KIWI, | No. C 08-04166 SI |
|       Plaintiff, | **ORDER DENYING DEFENDANTS' REQUEST FOR CLARIFICATION OR RECONSIDERATION** |
|   v. | **[Docket No. 99]** |
| ADOBE SYSTEMS, ET AL., | |
|       Defendants. | |

Defendants have requested clarification or reconsideration of the Court's August 21, 2009 order granting defendants' motion to compel plaintiff to produce Donavan Poulin for an additional four hours of deposition. *See* Aug. 21, 2009 Order [Docket No. 90]. Defendants previously deposed Mr. Poulin for two days in San Francisco, and plaintiffs did not object to the location of the deposition. *See* Decl. of James Pooley ¶¶ 7-9 [Docket No. 114]. Defendants now seek an order directing that the continued deposition of Mr. Poulin take place in San Francisco.

On August 24, 2009, defense counsel sent an email to plaintiff's counsel, offering to conduct Mr. Poulin's deposition in Canada on a mutually convenient date. *See* ex. A to Decl. of Joseph Culig [Docket No. 106-1]. Counsel for both parties subsequently corresponded regarding the specific dates on which the continued deposition would take place, but apparently before any resolution was reached, defendants filed the present motion.

///

///

///

///

Defendants should conduct Mr. Poulin's continued deposition in Canada as per counsel's August 24, 2009 offer, or, if agreeable to both parties, may arrange instead to conduct the continued deposition via telephone or video. Defendants' request for clarification or reconsideration of the Court's August 21, 2009 Order is hereby DENIED. [Docket No. 99].

**IT IS SO ORDERED.**

Dated: October 5, 2009

SUSAN ILLSTON  
United States District Judge