MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

DAVID J. SHEIKH *(Pro Hac Vice)*
GREGORY P. CASIMER *(Pro Hac Vice)*
DAVID J. MAHALEK *(Pro Hac Vice)*
LAURA A. KENNEALLY *(Pro Hac Vice)*
JOSEPH A. CULIG *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: casimer@nshn.com
E-mail: mahalek@nshn.com
E-mail: kenneally@nshn.com
E-mail: culig@nshn.com

*Attorneys for Plaintiff*
**ThinkVillage-Kiwi, LLC**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS, INC, and<br>ADOBE MACROMEDIA<br>SOFTWARE LLC,<br><br>                    Defendants. | Case No. CV 08-4166 SI<br><br>**DECLARATION AND SUPPORTING EXHIBITS A THROUGH D OF JONAH MODEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 30, 2009<br>Time:  9:00 a.m.<br>Courtroom:  10, 19th Floor<br>The Honorable Susan Illston |

**CONDITIONALLY FILED UNDER SEAL**

1 | MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
2 | 505 Montgomery St., Suite 800
San Francisco, California 94111-6533
3 | Phone: (415) 276-6500
Fax: (415) 276-6599
4 | E-mail: martinfineman@dwt.com

5 | DAVID J. SHEIKH *(Pro Hac Vice)*
GREGORY P. CASIMER *(Pro Hac Vice)*
6 | DAVID J. MAHALEK *(Pro Hac Vice)*
LAURA A. KENNEALLY *(Pro Hac Vice)*
7 | JOSEPH A. CULIG *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
8 | 181 W. Madison St., Suite 4600
Chicago, Illinois 60602
9 | Phone: (312) 236-0733
Fax: (312) 236-3137
10 | E-mail: sheikh@nshn.com
E-mail: casimer@nshn.com
11 | E-mail: mahalek@nshn.com
E-mail: kenneally@nshn.com
12 | E-mail: culig@nshn.com

13 | *Attorneys for Plaintiff*
**ThinkVillage-Kiwi, LLC**

14

15 | **IN THE UNITED STATES DISTRICT COURT**

16 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  THINKVILLAGE-KIWI, LLC, | ) Case No. CV 08-4166 SI |
| 18               Plaintiff, | ) **MANUAL FILING NOTIFICATION** |
|  | ) **REGARDING DECLARATION AND** |
| 19      v. | ) **SUPPORTING EXHIBITS A** |
|  | ) **THROUGH D OF JONAH MODEL** |
| 20  ADOBE SYSTEMS, INC, and | ) **IN SUPPORT OF PLAINTIFF'S** |
|     ADOBE MACROMEDIA | ) **OPPOSITION TO DEFENDANTS'** |
| 21  SOFTWARE LLC, | ) **MOTION FOR SUMMARY** |
|  | ) **JUDGMENT** |
| 22               Defendants. | ) |
|  | ) |

23

24   This filing is in paper or physical form only, and is being maintained in the case file in the

25 Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

26 For information on retrieving this filing directly from the court, please see the court's main web site

27 at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28

THINKVILLAGE-KIWI v. ADOBE SYSTEMS, INC.          1     MANUAL FILING NOTIFICATION REGARDING DECLARATION
                                                        AND EXHIBITS A – D OF JONAH MODEL IN SUPPORT OF
                                                        PLAINTIFF'S OPP. TO DEFENDANTS' MOT. FOR SUMMARY
                                                        JUDGMENT
CV-08-4166 SI

This filing was not e-filed for the following reason(s):

[_]     Voluminous Document (PDF file size larger than the efiling system allows)

[_]     Unable to Scan Documents

[_]     Physical Object (description): _____

_____

[_]     Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X]     Item Under Seal**

[_]     Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]     Other (description): _____

_____

THINKVILLAGE-KIWI v. ADOBE SYSTEMS, INC.        2       MANUAL FILING NOTIFICATION REGARDING DECLARATION AND EXHIBITS A – D OF JONAH MODEL IN SUPPORT OF PLAINTIFF'S OPP. TO DEFENDANTS' MOT. FOR SUMMARY JUDGMENT

CV-08-4166 SI