MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

DAVID J. SHEIKH *(Pro Hac Vice)*
GREGORY P. CASIMER *(Pro Hac Vice)*
DAVID J. MAHALEK *(Pro Hac Vice)*
LAURA A. KENNEALLY *(Pro Hac Vice)*
JOSEPH A. CULIG *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: casimer@nshn.com
E-mail: mahalek@nshn.com
E-mail: kenneally@nshn.com
E-mail: culig@nshn.com

***Attorneys for Plaintiff***
**ThinkVillage-Kiwi, LLC**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC, | ) Case No. CV 08-4166 SI |
| Plaintiff, | ) **PLAINTIFF'S OPPOSITION TO** |
| | ) **DEFENDANTS' MOTION FOR** |
| v. | ) **SUMMARY JUDGMENT** |
| ADOBE SYSTEMS, INC, and | ) Date:  October 30, 2009 |
| ADOBE MACROMEDIA | ) Time:  9:00 a.m. |
| SOFTWARE LLC, | ) Courtroom:  10, 19th Floor |
| | ) The Honorable Susan Illston |
| Defendants. | ) |
| | ) |

## CONDITIONALLY FILED UNDER SEAL

MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

DAVID J. SHEIKH (*Pro Hac Vice*)
GREGORY P. CASIMER (*Pro Hac Vice*)
DAVID J. MAHALEK (*Pro Hac Vice*)
LAURA J. KENNEALLY (*Pro Hac Vice*)
JOSEPH A. CULIG (*Pro Hac Vice*)
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: casimer@nshn.com
E-mail: mahalek@nshn.com
E-mail: kenneally@nshn.com
E-mail: culig@nshn.com

***Attorneys for Plaintiff***
**ThinkVillage-Kiwi, LLC**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC, | ) Case No. CV 08-4166 SI |
| | ) |
| Plaintiff, | ) **MANUAL FILING NOTIFICATION** |
| | ) **REGARDING PLAINTIFF'S** |
| v. | ) **OPPOSITION TO DEFENDANTS'** |
| | ) **MOTION FOR SUMMARY** |
| ADOBE SYSTEMS, INC, and | ) **JUDGMENT** |
| ADOBE MACROMEDIA | ) |
| SOFTWARE LLC, | ) Date:  October 30, 2009 |
| | ) Time:  9:00 a.m. |
| Defendants. | ) Courtroom:  10, 19th Floor |
| | ) The Honorable Susan Illston |

        This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site

at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_]    Voluminous Document (PDF file size larger than the efiling system allows)

[_]    Unable to Scan Documents

[_]    Physical Object (description): _____

_____

[_]    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X]    Item Under Seal**

[_]    Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]    Other (description): _____

_____

THINKVILLAGE-KIWI v. ADOBE SYSTEMS, INC.    2    MANUAL FILING NOTIFICATION REGARDING PLAINTIFF'S OPP. TO DEFENDANTS' MOT. FOR SUMMARY JUDGMENT

CV-08-4166  SI