1  JAMES POOLEY (CA SBN 058041)
   JPooley@mofo.com
2  COLETTE R. VERKUIL (CS SBN 263630)
   CVerkuil@mofo.com
3  JEFFREY E. DANLEY (CA SBN 238316)
   JDanley@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  ANDREW E. MONACH (CS SBN 087891)
   AMonach@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 Attorneys for Defendants
   ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA
12 SOFTWARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC,<br><br>Defendants. | Case No. C 08-04166 SI<br><br>**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 30, 2009<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

**PROVISIONALLY LODGED UNDER SEAL PER. L.R. 79-5**

DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
Case No. C 08-04166 SI
pa-1365000

| | |
|---|---|
| 1 | JAMES POOLEY (CA SBN 058041) |
|   | JPooley@mofo.com |
| 2 | COLETTE R. VERKUIL (CS SBN 263630) |
|   | CVerkuil@mofo.com |
| 3 | JEFFREY E. DANLEY (CA SBN 238316) |
|   | JDanley@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 5 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 6 | Facsimile: 650.494.0792 |
| 7 | ANDREW E. MONACH (CS SBN 087891) |
|   | AMonach@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 10 | Facsimile: 415.268.7522 |
| 11 | Attorneys for Defendants |
|    | ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA |
| 12 | SOFTWARE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC, | Case No. CV 08-4166 SI |
| Plaintiff, | **MANUAL FILING NOTIFICATION REGARDING DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC, | |
| Defendants. | Date:  October 30, 2009<br>Time:  9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

MANUAL FILING NOTIFICATION RE DFTS' REPLY ISO THEIR MTN FOR SUMMARY JUDGMENT
Case No. CV 08-4166 SI
pa-1365668

1

1   For information on retrieving this filing directly from the court, please see the court's main web

2   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3        This filing was not e-filed for the following reason(s):

4   [_] Voluminous Document (PDF file size larger than the e-filing system allows)

5   [_] Unable to Scan Documents

6   [_] Physical Object (description):

7   [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

8   **[X] Item Under Seal**

9        [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

10       [_] Other (description):_____

11  Dated: October 16, 2009          MORRISON & FOERSTER LLP

12

13                                               By:   /s/ James Pooley
14                                                        JAMES POOLEY

15                                            Attorneys for Defendants
                                              ADOBE SYSTEMS, INC. AND
                                              ADOBE MACROMEDIA
16                                            SOFTWARE LLC

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION RE DFTS' REPLY ISO THEIR MTN FOR SUMMARY JUDGMENT
Case No. CV 08-4166 SI
pa-1365668

2