1  JAMES POOLEY (CA SBN 058041)
   JPooley@mofo.com
2  COLETTE R. VERKUIL (CA SBN 263630)
   CVerkuil@mofo.com
3  JEFFREY E. DANLEY (CA SBN 238316)
   JDanley@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  ANDREW E. MONACH (CS SBN 087891)
   AMonach@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 Attorneys for Defendants
   ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA
12 SOFTWARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC,,<br><br>    Defendants. | Case No.   CV 08-4166 SI<br><br>**DECLARATION OF JEFFREY E. DANLEY IN SUPPORT DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 30, 2009<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

**PROVISIONALLY LODGED UNDER SEAL PER L.R. 79-5**

DECL. OF J. DANLEY ISO REPLY RE ADOBE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. CV 08-4166 SI
pa-1365006

1  JAMES POOLEY (CA SBN 058041)
   JPooley@mofo.com
2  COLETTE R. VERKUIL (CS SBN 263630)
   CVerkuil@mofo.com
3  JEFFREY E. DANLEY (CA SBN 238316)
   JDanley@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  ANDREW E. MONACH (CS SBN 087891)
   AMonach@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 Attorneys for Defendants
   ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA
12 SOFTWARE LLC

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 | THINKVILLAGE-KIWI, LLC, | Case No. CV 08-4166 SI |
   |---|---|
19 | Plaintiff, | **MANUAL FILING NOTIFICATION REGARDING DECLARATION OF JEFFREY E. DANLEY AND EXHIBITS 1-12 IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
20 | v. | |
21 | ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC, | |
22 | | |
23 | Defendants. | |
24 | | Date:  October 30, 2009<br>Time:  9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

26

27     This filing is in paper or physical form only, and is being maintained in the case file in the

28 Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

1  For information on retrieving this filing directly from the court, please see the court's main web
2  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3       This filing was not e-filed for the following reason(s):
4  [_] Voluminous Document (PDF file size larger than the e-filing system allows)
5  [_] Unable to Scan Documents
6  [_] Physical Object (description):
7  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
8  **[X] Item Under Seal**
9       [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
10      [_] Other (description):_____
11 Dated: October 16, 2009           MORRISON & FOERSTER LLP

13                                         By:  /s/ James Pooley
14                                                 JAMES POOLEY
15                                                 Attorneys for Defendants
                                                   ADOBE SYSTEMS, INC. AND
16                                                 ADOBE MACROMEDIA
                                                   SOFTWARE LLC

17
18
19
20
21
22
23
24
25
26
27
28