IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK VILLAGE-KIWI,<br><br>        Plaintiff,<br><br>  v.<br><br>ADOBE SYSTEMS,<br><br>        Defendant.                     / | No. C 08-04166 SI<br><br>**SECOND PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 7, 2009.

SUPPLEMENTAL EXPERT REPORTS BY: PLTF.: 2/12/10 ; DEFT.: 2/26/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 19, 2010

PRETRIAL CONFERENCE DATE: June 2, 2010 at 3:30 PM.

JURY TRIAL DATE: June 14, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in mediation in April 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                    SUSAN ILLSTON
                                                    United States District Judge