IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK VILLAGE-KIWI, LLC, | No. C 08-04166 SI |
| Plaintiff, | **ORDER RE: MOTION TO COMPEL** |
| v. | |
| ADOBE SYSTEMS, INC., et al., | |
| Defendants. | |

On December 16, 2009, plaintiff ThinkVillage-Kiwi filed a motion to compel the production of documents. Two days later, during a case management conference, defendant Adobe agreed to produce the documents named in plaintiff's motion. Thereafter, defendant nonetheless responded to the motion to compel, and in its response addressed issues related to the merits of plaintiff's case. Plaintiff subsequently sought leave to file a reply brief responding to defendant's contentions.

As the discovery dispute between the parties has been resolved, there is no need for the Court to intervene, and plaintiff's motion to compel (Docket Nos. 186, 199) is therefore DENIED as moot. The Court will disregard the assertions made in defendant's letter brief regarding the merits of the case. Therefore, plaintiff's request for leave to file a reply brief (Docket No. 197) is DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2010

SUSAN ILLSTON
United States District Judge