1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    THINK VILLAGE-KIWI, LLC,                    No. C 08-04166 SI

9              Plaintiff,                        **ORDER RE: MOTION TO COMPEL**

10     v.

11   ADOBE SYSTEMS, INC., et al.,

12             Defendants.
                                        /
13

14         On December 16, 2009, plaintiff Think Village-Kiwi filed a motion to compel the production of

15   documents. Two days later, during a case management conference, defendant Adobe agreed to produce

16   the documents named in plaintiff's motion. Thereafter, defendant nonetheless responded to the motion

17   to compel, and in its response addressed issues related to the merits of plaintiff's case. Plaintiff

18   subsequently sought leave to file a reply brief responding to defendant's contentions.

19         As the discovery dispute between the parties has been resolved, there is no need for the Court

20   to intervene, and plaintiff's motion to compel (Docket Nos. 186, 199) is therefore DENIED as moot.

21   The Court will disregard the assertions made in defendant's letter brief regarding the merits of the case.

22   Therefore, plaintiff's request for leave to file a reply brief (Docket No. 197) is DENIED.

23

24         **IT IS SO ORDERED.**

25   Dated: January 13, 2010

26                                               SUSAN ILLSTON
                                                 United States District Judge
27

28

*United States District Court*
*For the Northern District of California*