ANDREW E. MONACH (CA SBN 087891)
AMonach@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

COLETTE R. VERKUIL (CA SBN 263630)
CVerkuil@mofo.com
JANA G. GOLD (CA SBN 154246)
JGold@mofo.com
RICHARD S. BALLINGER (CA SBN 223655)
RBallinger@mofo.com
JEFFREY E. DANLEY (CA SBN 238316)
JDanley@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA
SOFTWARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THINKVILLAGE-KIWI, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC,<br><br>             Defendants. | Case No. C 08-04166 SI<br><br>**STIPULATION AND PROPOSED ORDER** |

STIPULATION AND PROPOSED ORDER
Case No. C 08-04166 SI
sf-2843719

The parties hereto, through their respective counsel, hereby provide notice to the Court that they have agreed to the terms of a settlement of this action that they will memorialize in a more detailed and formal written agreement, and stipulate as follows:

1. That the trial set for June 14, 2010 and all pretrial filing deadlines and the Pretrial Conference set for June 2, 2010 be taken off calendar;

2. That all pending motions by both sides be withdrawn; and

3. That a further Case Management Conference be set for July 2, 2010 at 3:00 p.m., to be held only in the event that the parties have not filed a Notice of Dismissal prior to that date.

Dated: May 13, 2010                    MORRISON & FOERSTER LLP

By:  /s/ Andrew E. Monach

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND
ADOBE MACROMEDIA
SOFTWARE LLC

Dated:  May 13, 2010                    NIRO, HALLER & NIRO

By:  /s/ David J. Sheikh

Attorneys for Plaintiffs
THINKVILLAGE-KIWI, LLC

**SO ORDERED:**

Dated: _____

The Honorable Susan Illston

STIPULATION AND PROPOSED ORDER
Case No. C 08-04166 SI
sf-2843719

1

**GENERAL ORDER 45 ATTESTATION**

I, Andrew E. Monach, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER on behalf of David J. Sheikh. In compliance with General Order 45, X.B., I hereby attest that David J. Sheikh has concurred in this filing.

                                              /s / Andrew E. Monach
                                                Andrew E. Monach