ANDREW E. MONACH (CA SBN 087891)
AMonach@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

COLETTE R. VERKUIL (CA SBN 263630)
CVerkuil@mofo.com
JANA G. GOLD (CA SBN 154246)
JGold@mofo.com
RICHARD S. BALLINGER (CA SBN 223655)
RBallinger@mofo.com
JEFFREY E. DANLEY (CA SBN 238316)
JDanley@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND ADOBE MACROMEDIA SOFTWARE LLC

NAMES AND ADDRESSES OF COUNSEL ARE CONTINUED ON THE LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THINKVILLAGE-KIWI, LLC,

Plaintiff,

v.

ADOBE SYSTEMS, INC. and ADOBE MACROMEDIA SOFTWARE LLC,

Defendants.

Case No. C 08-04166 SI

**STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER**

The parties hereto, through their respective counsel, hereby provide notice to the Court that they have agreed pursuant to Federal Rules of Civil Procedure Rule 41 to the dismissal with prejudice of the above-entitled action, with each party to bear its own costs.

Dated: June 25, 2010

MORRISON & FOERSTER LLP

By: /s/ Andrew E. Monach

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND
ADOBE MACROMEDIA
SOFTWARE LLC

Dated: June 25, 2010

NIRO, HALLER & NIRO

By: /s/ David J. Sheikh

Attorneys for Plaintiff
THINKVILLAGE-KIWI, LLC

I, Andrew E. Monach, am the ECF User whose ID and password are being used to file this Stipulated Dismissal with Prejudice and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that David J. Sheikh has concurred in this filing.

Dated: June 25, 2010

MORRISON & FOERSTER LLP

By: /s/ Andrew E. Monach

Attorneys for Defendants
ADOBE SYSTEMS, INC. AND
ADOBE MACROMEDIA
SOFTWARE LLC

**SO ORDERED:**

Dated:

The Honorable Susan Illston

*Attorneys for Plaintiff* ThinkVillage-Kiwi, LLC

MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

RAYMOND P. NIRO *(Pro Hac Vice)*
DAVID J. SHEIKH *(Pro Hac Vice)*
GREGORY P. CASIMER *(Pro Hac Vice)*
DAVID J. MAHALEK *(Pro Hac Vice)*
LAURA A. KENNEALLY *(Pro Hac Vice)*
JOSEPH A. CULIG *(Pro Hac Vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
Email: rniro@nshn.com
E-mail: sheikh@nshn.com
E-mail: casimer@nshn.com
E-mail: mahalek@nshn.com
E-mail: kenneally@nshn.com
E-mail: culig@nshn.com